UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

John Eric Workman      18218

_(Enter above the full name of the plaintiff or plaintiffs in this action)._    _(Inmate Reg.# of each Plaintiff)_

**VERSUS**                    CIVIL ACTION NO. 2:03 0519
                              _(Number to be assigned by Court)_

William F. Vieweg

FILED
JUN 9 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

_(Enter above the full name of the defendant or defendants in this action)._

## COMPLAINT

I. **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                       Yes ___    No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs: N/A

    Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county):

    N/A

3. Docket Number: _____

4. Name of judge to whom case was assigned:

    N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. **Place of Present Confinement:** MT Olive Corr. Complex

   A. Is there a prisoner grievance procedure in this institution?

   Yes _X_    No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ___    No _X_

   C. If your answer is YES:

   1. What steps did you take? N/A

   2. What was the result? N/A

   D. If your answer is NO, explain why not: Lawsuit not against a staff member, or Institution

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: John Eric Workman #18218

   Address: 1 Mountainside Way, MT Olive, W.VA. 251

   B. Additional Plaintiffs and Address: None

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _William F. Vieweg_

is employed as _Commissioner (W. Va. Workers Com_

at _P.O. Box 431 or Capital Complex Charleston, W_
_253_

D. Additional defendants:_____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On March 31, 2000 I was examined here at Mt Olive Corr. Complex for "Permanent Partial impairment," Due to Work related injury prior to my incarceration. Examination was done by Dr. Kendall L. Wilson, Jr., D.O., of Lewisburg, W.Va. Injuries consist of Back/neck,

4

## IV. Statement of Claim (continued):

And right knee. Right knee I had surgery on. I was awarded 6% permanent partial impairment. 5% for back, 1% for right knee. Upon notification from W.Va. Workers Comp as to 6% disibility, I protested this finding in writing to Workers Comp. They refused to hear my protest. I have made several attempts to Workers Comp, by letter, protesting this 6% disibility. I have pointed out several discrepancies in Dr. Wilson's evaluation. See attached

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to award 9% at a rate of $926.99 per 1% plus interest. $2500.00 in punitive damages. $2500.00 pain and sufferin. $250.00 a day for every day this claim is not settled. Or, simply order W.Va. Worker Comp. to do another evaluation at there exspense. I only wish to be treated fairly in this matter.

## V. Relief (continued)

_____

_____

_____

_____

_____

VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        *None*

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

    If not, state your reasons: *Cannot pay fees*

_____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this ___6___ day of __June_____, ~~19~~ 2003

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 6, 2003__
               (Date)

_John Workman_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SHEILA HOSEY
MOUNT OLIVE CORRECTIONAL CENTER
1 MOUNTAINSIDE WAY
MOUNT OLIVE, WV 25185
My commission expires December 24, 2006

Sheila Hosey
June 06, 2003

## Statement of Claim
### (Continued)



to W. Va. Workers Comp. I have also pointed out to Workers Comp., certain diagnosis made by Medical here at MT. Olive Corr. Complex, which I am being treated for on a regular basis.

My treating Physician, DR. W. Rice of Beckley W. Va. Quoted 15% overall impairment.

Overall, DR. Kendall Wilson's evaluation for Permanent Partial Impairment, on my behalf, is not true, and or accurate. This again, has been brought to the attention of W. Va. Workers Comp.. They refuse to acknoledge.

CERTIFICATE

I hereby certify that on the 03rd day of June, 2003, the plaintiff herein, John Workman, has the sum of $ .14 in his/her institutional drawing account at Mt. Olive Correctional Complex where he/she is confined; that the total income (from family and friends, prison employment, government benefits, etc.) to the drawing account within the last six months was $129.49. (If plaintiff has been incarcerated for less than six months, please indicate when the drawing account was opened: N/A ).

I certify that the plaintiff has the following savings or securities to his/her credit according to the records of the institution: $ .01

I further certify that plaintiff is/is not employed at the institution at this time.

4-16-03
Started job
as Custodian
on Stuart Hall.
RD

Rita N Jamison
Signature of Authorized Officer

Acct Clerk III
Official Title

03 June 2003
Date

-10 and last-